

HISTORIA  RUTA  AGENDA  RECETAS  CONTACTO

**La historia de la Vaca Brava**

Esta historia es la de una vaca diferente a las monocromáticas que comúnmente vemos por ahí. Esta vaca era brava. Diariamente pastaba con sus compañeras entre pequeñas barrancas de una isla encantadora. La vaca brava siempre pateaba y mugía excepcionalmente. Era el orgullo de la crianza, la última de su estirpe criolla.

Un día de su vida llegó un toro blanco. Venía de otra finca desde donde un toro llamado "El Josco" lo había extraditado tras una agria disputa. Así lo enviaron a empadronar algunas vacas con la vaga excusa de "mejorar la crianza". Aprovechando la situación, el toro blanco fijó su mirada en la vaca más hermosa, fibrosa y orgullosa que pastaba con rebeldía. Al acercarse el toro, la vaca brava conectó sus patas traseras en una herida que traía el forastero en su costillar. Y el toro desapareció para siempre.  - Para Don Abelardo -



La visita del Domi
Quiso decir: pavacabrava.com



Torneo de Golf Vaca Brava
04.27.2009 Coamo Springs Golf Club & Resort

mas eventos:

.: tienda   comunicados   enlaces :.

© 2009 vacabrava >>> diazrosadogroup.com